UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.:_____ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE |
| | ) | |
| Twelve (12) Vanilla VISA Gift Cards | ) | MAGISTRATE JUDGE |
| Defendants in Rem | ) | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by the undersigned Assistant United States Attorney, brings this complaint and alleges as follows:

## NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America certain property, more fully described below (referred to herein as "Defendant Property"), as proceeds involved in a knowing violation of 18 U.S.C. § 1029, fraud and related activity in connection with access devices, 18 U.S.C. § 1028, fraud and related activity in connection with counterfeit identification documents and unlawful possession of means of identification, and 18 U.S.C. § 1343, fraud by wire, radio, or television, and thereby forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C).

## JURISDICTION AND VENUE

2. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property pursuant to 18 U.S.C. § 981(a)(1)(C) and (D). This Court has jurisdiction over this action under 28 U.S.C. §§ 1345 and 1355.

3. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395 because the acts or omissions giving rise to the forfeiture occurred in this district, the Defendant Property is located in this district, and State criminal prosecution related to the seizure of the Defendant

Property has been brought in this district.[1]

## THE DEFENDANT *IN REM*

4. The Defendant Property consists of the following described property, set forth more specifically in Exhibit A attached hereto:

Twelve (12) Vanilla Visa Gift Cards bearing the last four digits as follows: -7751; -7553; -4651; -9011; -2017; -4801; -2761; -2893; -9073; -4596; -1197; and -8837.

## FACTS

5. Beginning on or about June 12, 2015, Special Agent Darron N. Craft of the United States Secret Service, investigated David Relova-Paez, (Social Security Number XXX-XX-1080), Yoerlan Suarez-Corrales, (Social Security Number XXX-XX-2988), and Leonardo Antonio Delgado-Almarales, (Social Security Number XXX-XX-9209), for violations of 18 U.S.C. § 1029, fraud and related activity in connection with access devices, and 18 U.S.C. § 1028, fraud and related activity in connection with counterfeit identification documents and unlawful possession of means of identification, and 18 U.S.C. § 1343, fraud by wire, radio, or television.

6. 18 U.S.C. § 1028(a)(7) makes it a crime to knowingly possess, without lawful authority, a means of identification of another person with the intent to commit, or to aid and abet, or in connection with, any unlawful activity that constitutes a felony under federal or state law. Section 1028(d)(7) defines "means of identification" as including any name or number that may be used, alone, or in conjunction to identify a specific individual, including any name, social security number, date of birth, official state issued driver's license, unique electronic identification number, or address. Based on Special Agent Craft's investigation, he established that Relova-Paez, Suarez-Corrales, and Delgado-Almarales knowingly possessed, without lawful authority,

---

[1] See *State of Louisiana v. David Relova-Paez*, Case No. 16-F-000291 in the 4th Judicial District, Division D, Section 4; *State of Louisiana v. Yoerlan Suarez-Corrales*, Case No. 16-F-000292 in the 4th Judicial District, Division D, Section 4; and *State of Louisiana v. Leonardo Antonio Delgado-Amarales*, Case No. 16-F-000293 in the 4th Judicial District, Division D, Section 4.

thirty-seven (37) credit/debit numbers of Capital One Bank customers with the intent to use such card numbers to fraudulently obtain money or other things of value (in this case, gift cards), in violation of Louisiana's felony monetary instrument abuse statute, among other felonies under federal and state law.

7. 18 U.S.C. § 1029(a)(3) makes it an offense to possess fifteen (15) or more devices which are counterfeit, or unauthorized access devices.  During his investigation, Special Agent Craft further established that Relova-Paez, Suarez-Corrales and Delgado-Almarales acquired the gift cards and prepaid money cards by using re-encoded credit/debit card numbers of the unknowing Capital One bank customers and had reason to believe that the three individuals obtained the prepaid money cards and gift cards with intent to defraud.  Therefore, the funds on the pre-paid money cards and gift cards described in Exhibit A hereto are the proceeds of a fraud scheme.

8. Under 18 U.S.C. § 1343, devising or intending to devise any scheme or artifice to defraud, or obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmitting or causing to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme, is a criminal offense.  Special Agent Craft established during his investigation that Relova-Paez and Suarez-Corrales used stolen credit/debit card numbers to purchase prepaid money cards and gift cards at Walmart self-checkout stations, thus causing a wire signal to cross state lines in furtherance of the scheme to defraud.

9. During the course of the Secret Service investigation, on February 1, 2016, Special Agent Craft notified the Louisiana State Police to put out a "Be On the Lookout" ("BOLO") alert for the vehicle believed to be driven and/or occupied by the three individuals in the commission of their crimes – a white Ford F-150 bearing Texas license plate number FVW 4997.

10. During a traffic stop by Louisiana State Police Trooper, Michael Linton, in

response to that BOLO on February 1, 2016, the Defendant Property, constituting the various gift cards as described in Paragraph 4 above, was found in this district in the White Ford F-150 bearing Texas license plate number FVW 4997 driven by Leonardo Delgado-Almarales and occupied by passenger and registered co-owner of the vehicle, David Relova-Paez, and passenger, Yoerlan Suarez- Corrales,

11. Relova-Paez, Suarez-Corrales, and Delgado-Almarales were arrested by Louisiana State Police (LSP) for violation of Louisiana Revised Statue 14:72.2, monetary instrument abuse and the Defendant Property was seized and placed in the custody of the U.S. Secret Service as evidence.

12. Further investigation indicated that all of the fraudulent activity on the Defendant Property occurred on February 1, 2016 through various Walmarts in Monroe and West Monroe, Louisiana. Surveillance video shows Relova-Paez and Suarez-Corrales utilizing multiple cards at self-checkout stations to purchase gift cards. A review of the transactions provided to Special Agent Craft from Capital One Bank, which were matched with surveillance video obtained from Walmart, revealed that Relova-Paez utilized four (4) different re-encoded debit/credit card numbers to load money onto gift cards. Suarez-Corrales utilized two (2) different re-encoded debit/credit card numbers to load money onto gift cards.

13. On April 17, 2017, Relova-Paez, Suarez-Corrales and Delgado-Almarales each appeared before Louisiana State District Judge Stephens Winters of the 4th Judicial District. All three (3) defendants pled guilty to three (3) counts of LRS 14:72.2 (monetary instrument abuse) related to their arrest by Louisiana State Police. Judge Winters sentenced Relova-Paez, Suarez-Corrales and Delgado-Almarales to ten (10) years hard labor in Louisiana Department of Corrections (Suspended), five (5) years state supervised probation which was transferred to Texas, and a $1,500 fine and restitution of $2,688.77 to be paid to Capital One Bank.

14. On October 20, 2017, a Verified Complaint for Forfeiture In Rem was filed in

relation to the same facts set forth in this Complaint, except that the forfeiture allegation pertained to different gift cards, which included 15 Vanilla VISA Gift Cards and 9 Walmart Gift Cards. *See* Civil Docket No. 3:17-cv-01348, Rec. Docs. 1, 1-1, and 1-2.

15. On January 8, 2018, the Clerk entered a Default in that civil forfeiture proceeding. *See* Civil Docket No. 3:17-cv-01348, Rec. Doc. 4.

16. On January 30, 2018, the Court entered a Final Judgment of Forfeiture pertaining to the inventory of gift cards set forth in that civil forfeiture proceeding. *See* Civil Docket No. 3:17-cv-01348, Rec. Doc. 6.

17. When the Secret Service originally sent the card numbers for the gift cards in its custody to the card provider company to determine what value was contained on the cards, that company returned a zero balance for certain card numbers in the inventory. Therefore, those card numbers were not included in the original civil forfeiture proceeding. However, after the final order of forfeiture was rendered in that proceeding, the cards were returned to that company to process the funds for forfeiture and additional funds were determined on those gift cards, identified in Paragraph 4 and Exhibit A hereto. Those cards have an aggregate value of $990.83, which should also be forfeitable to the United States as set forth herein.

18. As of the date of this Complaint, the Defendant Property (i.e. the remaining gift cards set forth in the inventory attached hereto as Exhibit A) remains in the custody of the U.S. Secret Service.

## CLAIM FOR RELIEF

19. Paragraphs 1-18 are incorporated herein by reference.

20. Pursuant to the civil forfeiture statute, 18 U.S.C. § 981(a)(1), "[t]he following property is subject to forfeiture to the United States:

> (C) Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of section. . . 1028, 1029. . . or a conspiracy to commit such offense.

   (D) Any property, real or personal, which represents or is traceable to the gross receipts obtained, directly or indirectly, from a violation of . . . (vi) section 1343 (relating to wire fraud). . .

18 U.S.C. § 981.

  21. By reason of the facts set forth above and incorporated herein, the Defendant Property is properly condemned as forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (D) and 981(f).

  WHEREFORE, the Plaintiff requests that the Court order the Clerk to issue a warrant for the arrest of the Defendant Property; that notice of this action be given to all persons known or thought to have an interest in or right against the Defendant Property; that the Defendant Property be forfeited and condemned to the United States of America; that the Plaintiff be awarded its costs and disbursements in this action; and that the Court award the Plaintiff such other and further relief as this Court deems proper and just.

Dated: July 31, 2018

            Respectfully Submitted,

            DAVID C. JOSEPH
            UNITED STATES ATTORNEY

       BY: *s/ Shannon T. Brown*
          SHANNON T. BROWN (#32366)
          Assistant United States Attorney
          300 Fannin Street, Suite 3201
          Shreveport, Louisiana 71101
          Telephone: (318) 676-3600
          Facsimile: (318) 676-3642
          Email: shannon.brown@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2018, a copy of the foregoing *Verified Complaint for Forfeiture in Rem and Verification of Senior Special Agent Darron Craft* were filed electronically with the Clerk of Court using the CM/ECF system.

 s/ *Shannon T. Brown*
SHANNON T. BROWN
Assistant United States Attorney

UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, | ) <br> ) <br> ) | CIVIL ACTION NO.:_____ |
| vs. | ) <br> ) | JUDGE |
| Twelve (12) Vanilla VISA Gift Cards <br> Defendants in Rem | ) <br> ) <br> ) | MAGISTRATE JUDGE |

### AFFIDAVIT OF SPECIAL AGENT, DARRON N. CRAFT

STATE OF LOUISIANA

PARISH OF CADDO

I, Darron N. Craft, Special Agent with The United States Secret Service, being duly sworn do testify as follows, based on the information known to me personally:

1. I am the Senior Special Agent of the United States Secret Service and have been so employed since August 1999. I am currently assigned to the Baton Rouge Resident Office (Shreveport Domicile).

2. During my tenure as a Senior Special Agent, I have conducted and participated in numerous investigations of criminal activity, including, but not limited to, access device fraud, identity theft, and counterfeit related violations.

3. I have read the Verified Complaint for Forfeiture *In Rem* in the above-captioned matter and Exhibit A thereto, and that the contents thereof are true and correct to the best of my knowledge, information, and belief.

_____
DARRON N. CRAFT
Senior Special Agent
The United States Secret Service

SWORN TO AND SUBSCRIBED before me this 31st day of July, 2018.

_____
NOTARY PUBLIC

My commission expires  at death  .

SHEILA G. WYNN, Notary Public
Caddo & Bossier Parish, La.
My commission is for life
#00891

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.:_____ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE |
| | ) | |
| Twelve (12) Vanilla VISA Gift Cards | ) | MAGISTRATE JUDGE |
| Defendants in Rem | ) | |

## **EXHIBIT A**

The following is a descriptive list of the Defendant Property as identified by the United States Secret Service in its inventory of evidence in Case No. 338-769-6122, Baton Rouge Office on March 20, 2017:

**VANILLA VISA GIFT CARDS**

1. Gift Card Number: 4847189174147751; Balance $50.00
2. Gift Card Number: 4847186887677553; Balance $50.00
3. Gift Card Number: 5164881849294651; Balance $21.07
4. Gift Card Number: 5164884661069011; Balance $69.76
5. Gift Card Number: 5164880488042017; Balance $100.00
6. Gift Card Number: 5164880421674801; Balance $100.00
7. Gift Card Number: 5164880437382761; Balance $100.00
8. Gift Card Number: 5164880483082893; Balance $100.00
9. Gift Card Number: 5164880488429073; Balance $100.00
10. Gift Card Number: 5164880421174596; Balance $100.00
11. Gift Card Number: 5164880468771197; Balance $100.00
12. Gift Card Number: 5164880490398837; Balance $100.00

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Twelve (12) Vanilla VISA Gift Cards
Defendants in Rem

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Ouachita Parish
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
U.S. Attorney's Office
300 Fannin Street, Suite 3201
Shreveport, LA 71101 (318) 676-3600

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1395
Brief description of cause:
Civil Forfeiture

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: Robert G. James
DOCKET NUMBER: 17-01348

DATE: 07/31/2018
SIGNATURE OF ATTORNEY OF RECORD: s/Shannon T. Brown

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.:_____ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE |
| | ) | |
| Twelve (12) Vanilla VISA Gift Cards | ) | MAGISTRATE JUDGE |
| Defendants in Rem | ) | |

## WARRANT FOR ARREST *IN REM*

TO:  UNITED STATES MARSHALS SERVICE FOR THE WESTERN DISTRICT OF LOUISIANA and/or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court:

A Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the Western District of Louisiana on August 1, 2018 in the above-captioned matter seeking forfeiture of property for the reasons stated in the Complaint.

WHEREAS, the Defendant Property, described as follows, is currently in the possession, custody or control of the United States (the United States Secret Service):

Twelve (12) Vanilla Visa Gift Cards bearing the last four digits as follows: -7751; -7553;   -4651; -9011; -2017; -4801; -2761; -2893; -9073; -4596; -1197; and -8837.

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the Defendant Property; and

WHEREAS, Supplemental Rule G(3)(c)(i) of the Federal Rules of Civil Procedure provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it who may be a Marshal or any other United

States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property described herein as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Western District of Louisiana, have caused the foregoing Warrant of Arrest *In Rem* to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court.

Shreveport, Louisiana, this \_\_\_\_ day of _____, 2018.

_____
Clerk of the Court
United States District Court

By:_____
Deputy Clerk